**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anthony Valenzuela, ) | No. CV05-3586-PHX-SRB |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Joseph M. Arpaio, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Plaintiff, Anthony Valenzuela, filed his Civil Rights Complaint on November 8, 2005. On December 23, 2005, this Court issued an order advising Plaintiff to complete and return a service packet for Defendant by January 12, 2006. The order was returned by the Post Office. Research conducted by the Clerk's Office revealed Plaintiff's transfer to the Arizona Department of Corrections and the service packet was re-mailed to Plaintiff at his new address. The Court presumes it was received because it has not been returned by the Post Office. No service packet has been returned.

On April 21, 2006, the Magistrate Judge filed his Report and Recommendation recommending that this case be dismissed for Plaintiff's failure to prosecute.

In his Report and Recommendation the Magistrate Judge advised the parties that they had 10 days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court. The time to file such objections has long since expired and no objections to the Report and Recommendation have been filed.

1        The Court finds itself in agreement with the Report and Recommendation of the
2   Magistrate Judge.
3        IT IS ORDERED adopting the Report and Recommendation of the Magistrate Judge
4   as the order of this Court.
5        IT IS FURTHER ORDERED dismissing this case without prejudice pursuant to Rule
6   41(b), Fed. R. Civ. P. for failure to prosecute.
7        IT IS FURTHER ORDERED directing the Clerk to enter Judgment accordingly.
8
9        DATED this 12th day of June, 2006.

*/s/ Susan R. Bolton*
Susan R. Bolton
United States District Judge

- 2 -